# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-31159

_____

TARSIA WILLIAMS; BRECK WILLIAMS,

Plaintiffs - Appellants

v.

TAYLOR SEIDENBACH, INCORPORATED

Defendant - Appellee

Consolidated for argument with 18-31161

TARSIA WILLIAMS; BRECK WILLIAMS,

Plaintiffs - Appellants

v.

MCCARTY CORPORATION,

Defendant – Appellee

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

(Opinion August 15, 2019, 5 Cir., 2019, 935 F.3d 358)

Before OWEN, Chief Judge, JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT, and OLDHAM, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.  The Clerk will specify a briefing schedule for the filing of supplemental briefs.